UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WASHINGTON COUNTY HEALTH CARE AUTHORITY, INC. d/b/a WASHINGTON COUNTY HOSPITAL & NURSING HOME, on behalf of itself and all others similarly situated, | |
| Plaintiff, | Civil Action No. 1:16-cv-10324 |
| vs. | Hon. John J. Tharp, Jr. |
| BAXTER INTERNATIONAL INC.; BAXTER HEALTHCARE CORPORATION; HOSPIRA, INC.; and HOSPIRA WORLDWIDE, INC., | |
| Defendants. | |
| WARREN GENERAL HOSPITAL, on behalf of itself and all others similarly situated, | |
| Plaintiff, | |
| vs. | Civil Action No. 1:16-cv-11353 |
| BAXTER INTERNATIONAL INC.; BAXTER HEALTHCARE CORPORATION; HOSPIRA, INC.; and HOSPIRA WORLDWIDE, INC., | Hon. John J. Tharp, Jr. |
| Defendants. | |
| CESAR CASTILLO, INC., on behalf of itself and all others similarly situated, | |
| Plaintiff, | |
| vs. | Civil Action No. 1:16-cv-10584 |
| BAXTER INTERNATIONAL INC.; BAXTER HEALTHCARE CORPORATION; HOSPIRA, INC.; HOSPIRA WORLDWIDE, INC., and B. BRAUN MEDICAL, INC., | Hon. John J. Tharp, Jr. |
| Defendants. | |

**ORDER GRANTING PLAINTIFFS' MOTION TO APPOINT ROBINS KAPLAN LLP, NUSSBAUM LAW GROUP, P.C., AND LOCKRIDGE GRINDAL NAUEN P.L.L.P. AS INTERIM CO-LEAD CLASS COUNSEL AND FREED KANNER LONDON & MILLEN LLC AS INTERIM LIAISON COUNSEL**

This matter is before this Court on the motion of Robins Kaplan LLP ("Robins Kaplan"), Nussbaum Law Group, P.C. ("Nussbaum"), and Lockridge Grindal Nauen P.L.L.P. ("Lockridge Grindal Nauen") to serve as Plaintiffs' Interim Co-Lead Class Counsel, and Freed Kanner London & Millen LLC ("Freed Kanner") to serve as Plaintiffs' Interim Liaison Counsel ("Motion"). The Court, having reviewed the Motion, all papers submitted in support of the Motion, as well as the provisions of Federal Rule of Civil Procedure 23(g)(1), hereby ORDERS AND ADJUDGES as follows:

1. The Court hereby appoints the law firms of Robins Kaplan, Nussbaum, and Lockridge Grindal Nauen as Interim Co-Lead Counsel for the proposed class of all persons and entities in the United States who directly purchased IV Saline Solution during the class period as more fully defined in complaints filed in the above-captioned cases ("Class"), as well as any actions on behalf of the Class subsequently filed in or transferred to this Court.

2. The Court further appoints Freed Kanner to serve as Interim Liaison Counsel for the proposed Class.

3. Interim Co-Lead Counsel shall have the following responsibilities with respect to the proposed class and its members:

    a. Determining and presenting in pleadings, motions, memoranda, oral argument, and such other fashion as may be appropriate, personally or by designee, to this Court and opposing parties, the position of Class plaintiffs on all matters arising during pretrial proceedings;

    b. Acting as spokesperson at pretrial conferences;

   c. Initiating, directing and conducting discovery on behalf of plaintiffs, consistent with the requirements of FED. R. CIV. P. 26, including written discovery and the examination of witnesses in depositions;

   d. Providing general coordination of the activities of plaintiffs' counsel and delegating specific tasks to other plaintiffs' counsel in a manner to ensure the orderly and efficient prosecution of this litigation and to avoid duplication or unproductive effort;

   e. Consulting with and employing experts;

   f. Designating the team of Trial Counsel who will try this litigation before a jury should it proceed to trial;

   g. Initiating and conducting settlement negotiations on behalf of plaintiffs; and

   h. Establishing procedures for submission of and review of periodic time and expense reports of plaintiffs' counsel to verify that the time and expenses are being spent appropriately and for the benefit of plaintiffs' pretrial activities or as expressly authorized by this Court;

   i. Coordinating the filing of a joint fee petition by plaintiffs' counsel and to allocate any fees awarded by the court among plaintiffs' counsel;

   j. Performing such other duties and undertake such other responsibilities as they deem necessary or desirable; and

   k. Coordinating and communicating with defendants' counsel with respect to all necessary matters.

4. No motion, request for discovery, or other pretrial proceeding shall be initiated or filed by any Class plaintiff except through Interim Co-Lead Counsel, or by leave of the Court.

5. No settlement negotiation shall be initiated or settlement agreement entered into on behalf of the proposed Class except through Interim Co-Lead Counsel.

6. Interim Co-Lead Counsel, or their designees, shall be the contact between Plaintiffs' and Defendants' counsel.

7. Interim Co-Lead Counsel shall direct and coordinate the activities of Plaintiffs' Counsel, and shall also be responsible for communicating with the Court to coordinate the conduct of the litigation.

8. Interim Liaison Counsel shall be responsible for facilitating and expediting communications among Interim Co-Lead Counsel and the Court.

9. Nothing in this Order precludes any individual plaintiff from filing and prosecuting any individual claim it may wish to pursue independently of the proposed Class.

**IT IS SO ORDERED.**

Dated: January 3, 2017

JOHN J. THARP, JR.
UNITED STATES DISTRICT JUDGE