**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| WASHINGTON COUNTY HEALTH CARE AUTHORITY, INC. d/b/a WASHINGTON COUNTY HOSPITAL & NURSING HOME, CÉSAR CASTILLO, INC., WARREN GENERAL HOSPITAL, and ERIE COUNTY MEDICAL CENTER CORPORATION, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BAXTER INTERNATIONAL INC.; BAXTER HEALTHCARE CORPORATION; HOSPIRA, INC. and HOSPIRA WORLDWIDE, INC.,<br><br>Defendants. | Hon. John J. Tharp, Jr.<br>Judge Presiding<br><br>No. 1:16-cv-10324 |

**CORPORATE DISCLOSURE STATEMENT**

Defendants Baxter International Inc. and Baxter Healthcare Corporation, by and through their undersigned attorneys, and pursuant to Federal Rule of Civil Procedure 7.1 and Northern District of Illinois Local Rule 3.2, provide the following notification of affiliates:

- Baxter Healthcare Corporation is a direct subsidiary of parent Baxter International Inc., a non-governmental publicly held U.S. corporation. No other publicly held corporation owns more than 5% of Baxter Healthcare Corporation's stock.

- Baxter International Inc. is a non-governmental publicly held U.S. corporation, incorporated under the laws of the State of Delaware. Pursuant to Local Rule 3.2 and based on public disclosure, Baxter International Inc. states that it is a publicly traded company and that each of Blackrock, Inc., Third Point LLC, and The Vanguard Group, Inc. own 5% or more of the outstanding shares of Baxter International Inc.

Respectfully submitted,

Dated: February 21, 2017   By:   */s/ Elizabeth P. Papez*

Elizabeth P. Papez
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20006-3817
(202) 282-5000
EPapez@winston.com

James F. Herbison
Brook R. Long
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
(312) 558-5600
JHerbison@winston.com
BLong@winston.com

*Counsel for Defendants Baxter International Inc. and Baxter Healthcare Corporation*

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that on February 21, 2017, the foregoing CORPORATE DISCLOSURE STATEMENT was filed electronically with the Clerk of Court using the CM/ECF system. Copies of the document will be served on all counsel of record automatically by operation of the Court's CM/ECF filing system.

Dated: February 21, 2017                                        */s/ Elizabeth P. Papez*