IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WASHINGTON COUNTY HEALTH CARE AUTHORITY, INC. d/b/a WASHINGTON COUNTY HOSPITAL & NURSING HOME, CÉSAR CASTILLO, INC., WARREN GENERAL HOSPITAL, and ERIE COUNTY MEDICAL CENTER CORPORATION, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BAXTER INTERNATIONAL INC.; BAXTER HEALTHCARE CORPORATION; HOSPIRA, INC. and HOSPIRA WORLDWIDE, INC.,<br><br>Defendants. | Hon. John J. Tharp, Jr.<br>Judge Presiding<br><br>No. 1:16-cv-10324 |

**AGREED MOTION TO EXTEND TIME FOR SUBMISSIONS
REGARDING AN ESI PROTOCOL AND PROTECTIVE ORDER**

Defendants Baxter International, Baxter Healthcare Corporation, Hospira, Inc., and Hospira Worldwide, Inc. ("Defendants"), and Plaintiffs, by and through their attorneys, respectfully and jointly move the Court for an extension of time from May 15, 2017 to June 2, 2017 to make submissions concerning a protective order and an ESI protocol, stating as follows in support:

1.  On March 14, 2017, the Court entered a Minute Order directing the parties to "submit their motions with respect to protective orders and ESI protocol on or before" May 15, 2017.  Dkt. No. 81.

2.  The parties have met and conferred on numerous occasions regarding a protective order and ESI protocol, and continue to confer productively and in good faith.  The parties hope to be able to resolve certain areas of disagreement through continued negotiation in lieu of bringing

them to the Court's attention. The parties therefore respectfully request that the Court grant an extension of 18 days, from May 15, 2017 to June 2, 2017, for the parties to make submissions with respect to a protective order and ESI protocol.

3. This is the parties' first request for an extension of time as to these submissions.

Respectfully submitted,

Dated: May 12, 2017

By: /s/ Brook R. Long

Elizabeth P. Papez
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20006-3817
(202) 282-5000
EPapez@winston.com

James F. Herbison
Brook R. Long
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
(312) 558-5600
JHerbison@winston.com
BLong@winston.com

*Counsel for Defendants Baxter International Inc. and Baxter Healthcare Corporation*

By: /s/ David H. Suggs

Robert A. Milne
Brendan G. Woodard
David H. Suggs
Kathryn Swisher
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036
(212) 819-8200
rmilne@whitecase.com
bwoodard@whitecase.com
rgandesha@whitecase.com
dsuggs@whitecase.com
swisher@whitecase.com

*Counsel for Defendants Hospira, Inc., and Hospira Worldwide, Inc.*

By: /s/ Robert J. Wozniak

Steven A. Kanner
William H. London
Douglas A. Millen
Robert J. Wozniak
FREED KANNER LONDON & MILLEN LLC
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
Telephone: (224) 632-4500
Facsimile: (224) 632-4521
rwozniak@fklmlaw.com
skanner@fklmlaw.com
wlondon@fklmlaw.com
dmillen@fklmlaw.com

*Interim Liaison Counsel for Plaintiffs and the Putative Class*

Hollis Salzman
Eamon O'Kelly
Meegan Hollywood
ROBINS KAPLAN LLP
601 Lexington Avenue
Suite 3400
New York, NY 10022
(212) 980-7400
hsalzman@robinskaplan.com
eokelly@robinskaplan.com
mhollywood@robinskaplan.com

W. Joseph Bruckner
Heidi M. Silton
Brian D. Clark
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
(612) 339-6900
wjbruckner@locklaw.com
hmsilton@locklaw.com

bdclark@locklaw.com

Linda P. Nussbaum
Bart D. Cohen
Hugh D. Sandler
NUSSBAUM LAW GROUP, P.C.
1211 Avenue of the Americas, 40th Floor
New York, NY 10036
(917) 438-9189
lnussbaum@nussbaumpc.com
bcohen@nussbaumpc.com
hsandler@nussbaumpc.com

*Interim Co-Lead Counsel for Plaintiffs and the Putative Class*

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that on May 12, 2017, the foregoing AGREED MOTION TO EXTEND TIME FOR SUBMISSIONS REGARDING AN ESI PROTOCOL AND PROTECTIVE ORDER was filed electronically with the Clerk of Court using the CM/ECF system. Copies of the document will be served on all counsel of record automatically by operation of the Court's CM/ECF filing system.

Dated: May 12, 2017 /s/ Brook R. Long
Brook R. Long