

RE: Case No. 16-cv-10324; Washington County Health Care Authority , Inc. v. Baxter International Inc . et al - Plaintiffs' Proposed Protective Order

Suggs, David   to: Proposed_Order_Tharp@ilnd.uscourts.gov          06/30/2017 05:41 PM

Cc: "Long, Brook R. (BLong@winston.com)", "Bruckner, W. Joseph", "Sipe, Elizabeth M.", "Bart Cohen (bcohen@nussbaumpc.com) (bcohen@nussbaumpc.com)" , "Sandler, Hugh (hsandler@nussbaumpc.com)" , "MHollywood@RobinsKaplan.com" , "Eamon O'Kelly (EOKelly@RobinsKaplan.com)" , "Swisher, Kathryn" , "Robert J. Wozniak"

| | |
|---|---|
| From: | "Suggs, David" <dsuggs@whitecase.com> |
| To: | "Proposed_Order_Tharp@ilnd.uscourts.gov" <Proposed_Order_Tharp@ilnd.uscourts.gov> |
| Cc: | "Long, Brook R. (BLong@winston.com)" <BLong@winston.com>, "Bruckner, W. Joseph" <wjbruckner@locklaw.com>, "Sipe, Elizabeth M." <emsipe@locklaw.com>, "Bart Cohen (bcohen@nussbaumpc.com) (bcohen@nussbaumpc.com)" <bcohen@nussbaumpc.com>, "Sandler, Hugh (hsandler@nussbaumpc.com)" <hsandler@nussbaumpc.com>, "MHollywood@RobinsKaplan.com" <MHollywood@RobinsKaplan.com>, "Eamon O'Kelly (EOKelly@RobinsKaplan.com)" <EOKelly@RobinsKaplan.com>, "Swisher, Kathryn" <kathryn.swisher@whitecase.com>, "Robert J. Wozniak" <rwozniak@fklmlaw.com> |
| History: | This message has been forwarded. |

Dear Judge Tharp:

While Defendants would have preferred not to have dueling emails on this issue, Defendants write to clarify their position about Plaintiffs' proposal. Defendants believe that Plaintiffs' submission of new proposed language for the confidentiality order, on only a single day's notice to Defendants, needlessly raises new issues beyond those the Parties already briefed in their joint letter of June 2, 2016. Defendants respectfully ask the Court to adopt a confidentiality order consistent with Defendants' original proposal set forth in that letter (at ECF No. 98-5).

Based on the Court's oral rulings on Wednesday, June 28, and its following minute entry of the same day (ECF No. 103), Defendants understood the Court to be simply asking for the Parties' position on "inadvertently disclosed documents," namely, as discussed at the June 28 hearing, whether Plaintiffs would agree to not challenge a clawback based on whether or not the clawed-back document was produced inadvertently. As Defendants explained previously, such an approach is consistent with Rule 502(d) of the Federal Rules of Evidence and the model order created by the Seventh Circuit Electronic Discovery Committee. Defendants did not understand the Court to be entertaining submissions of entirely new competing proposals that differ from the joint letter.

The revised protective order that Plaintiffs now propose contains entirely new language pertaining to how depositions will be conducted, which language has nothing to do with the issue of inadvertent production. Plaintiffs proposed this language to Defendants yesterday. The new provision would require Defendants to let their witnesses be questioned about documents that Defendants believe are privileged. Defendants have never seen this provision entered by a Court before, and the provision raises thorny issues about how to handle highly sensitive, privileged information. Yet Plaintiffs asked Defendants to respond to their proposal in just over 24 hours.

Defendants' initial reaction to this provision is that it is unnecessary. While Plaintiffs cite a concern about possible disruptions of their depositions resulting from privilege clawbacks, this concern hardly justifies the blanket rule that Plaintiffs propose, permitting questioning about potentially privileged

information. Indeed, the novelty of the proposal itself demonstrates that it isn't necessary; countless litigations have proceeded without a similar provision.

If the Court is not inclined to enter Defendants' proposal set forth in ECF No. 98-5, Defendants respectfully suggest that the Parties be granted time to confer further regarding Plaintiffs' new proposal.

Respectfully submitted,
David H. Suggs

**David H. Suggs** | Associate
T +1 212 819 2686   E dsuggs@whitecase.com
White & Case LLP  |  1221 Avenue of the Americas  |  New York, NY 10020-1095

**From:** Robert J. Wozniak [mailto:rwozniak@fklmlaw.com]
**Sent:** Friday, June 30, 2017 5:19 PM
**To:** Proposed_Order_Tharp@ilnd.uscourts.gov
**Cc:** Long, Brook R. (BLong@winston.com); Robert J. Wozniak; Bruckner, W. Joseph; Sipe, Elizabeth M.; Bart Cohen (bcohen@nussbaumpc.com) (bcohen@nussbaumpc.com); Sandler, Hugh (hsandler@nussbaumpc.com); MHollywood@RobinsKaplan.com; Eamon O'Kelly (EOKelly@RobinsKaplan.com); Swisher, Kathryn; Suggs, David
**Subject:** Case No. 16-cv-10324; Washington County Health Care Authority, Inc. v. Baxter International Inc. et al - Plaintiffs' Proposed Protective Order

Dear Judge Tharp,

Per the Court's instruction at the June 28, 2017 status hearing, Plaintiffs have considered whether they can agree to a protective order in this case that excludes the inadvertence requirement under Federal Rule of Evidence 502(b). Plaintiffs are willing to do so provided that their concerns about untimely clawbacks immediately prior to or during depositions are addressed. Accordingly, Plaintiffs propose the attached redline version of paragraph 9 of the protective order. Defendants have not agreed to the language Plaintiffs propose regarding clawbacks near or during depositions. Other than paragraph 9, all other paragraphs in the attached were previously agreed to by the parties.

Respectfully,

_____
Robert J. Wozniak, Jr.
**Freed Kanner London & Millen, LLC**
2201 Waukegan Road, Suite 130
Bannockburn, IL  60015
(224) 632-4507 - Direct
(224) 632-4500 - Main
(224) 632-4521 - Facsimile
E-mail:  rwozniak@fklmlaw.com
Web site:  **www.fklmlaw.com**

**PRIVILEGED ATTORNEY/CLIENT COMMUNICATION AND/OR ATTORNEY WORK PRODUCT. The information in this transmittal may be privileged and/or confidential. It is intended only for the recipient(s) listed above. If you are neither the intended recipient(s) nor a person responsible for the delivery of this transmittal to the intended recipient(s), you are hereby notified that any distribution or copying of this transmittal is prohibited. If you have received this transmittal in error, please notify Freed Kanner London & Millen LLC immediately at (224) 632-4500 or by return e-mail. Pursuant to requirements related to practice before the U. S.Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed**

**under the U. S. Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.**

=================================================================================

This email communication is confidential and is intended only for the individual(s) or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, please do not read, copy, use or disclose the contents of this communication to others. Please notify the sender that you have received this email in error by replying to the email or by telephoning +1 212 819 8200. Please then delete the email and any copies of it. Thank you.

=================================================================================